Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID SHIPPS, | Case No.  08 CV 02560-JAM-JFM |
| Plaintiff, | STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, DAVID SHIPPS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about October 28, 2008.  DAVID SHIPPS accepted NCO's Offer of Judgment on December 9, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

PDF created with pdfFactory trial version www.pdffactory.com

1

2      IT IS FURTHER STIPULATED by and between the parties to this action through

3 their designated counsel that the above captioned action is dismissed with prejudice

4 pursuant to Fed. R. Civ. Pro. 41.

5

6 Dated:  2/18/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

7
                                   /s/ Albert R. Limberg
8                                   Albert R. Limberg
9                                   Attorney for Defendant
                                   NCO Financial Systems, Inc.
10

11

12 Dated: 2/18/09                    KROHN & MOSS

13
                                   /s/ Ryan Lee
14                                  Ryan Lee
15                                  Attorney for Plaintiff
                                   David Shipps
16

17 IT IS SO ORDERED:
18 Dated:  2/19/2009

19                                  /s/ John A. Mendez_____
                                   Hon. John A. Mendez
20                                  U.S. District Court Judge

21

22

23

24

25

26

27

28

Stipulation to Vacate Judgment and Dismiss Action with Prejudice

2

PDF created with pdfFactory trial version www.pdffactory.com